FILED 05 AUG 22 PM 1:18 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. 8801 La Mesa Boulevard La Mesa, California Defendant. | ) | Magistrate Case No. '05 mg 1329 ORDER SEALING SEARCH WARRANT; AND THE APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the search warrant; and the application and affidavit for search warrant; and this order be sealed until further order of the court.

IT IS FURTHER ORDERED that a copy of the search warrant may be left at the premises searched.

DATED: August 22, 2005

[signature]
HONORABLE NITA L. STORMES
United States Magistrate Judge

Presented by:

CAROL C. LAM
United States Attorney

[signature]
MITCHELL D. DEMBIN
Assistant U.S. Attorney