KAREN P. HEWITT
United States Attorney
MITCHELL D. DEMBIN
Assistant U.S. Attorney
California Bar Number 114017
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5558

Attorneys for Plaintiff
United States of America

FILED
08 JUN 13 PM 4:10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY CP DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>8801 La Mesa Boulevard<br>La Mesa, California<br><br>Defendant. | Case No. 05MG1329<br><br>EX PARTE MOTION AND ORDER TO UNSEAL SEARCH WARRANT |

The United States of America, through its attorneys, Karen P. Hewitt, United States Attorney, and Mitchell D. Dembin, Assistant U. S. Attorney, moves this Court to unseal the search warrant, the application for the search warrant, the return of the search warrant and the affidavit in support of the search warrant in Magistrate Case No. 05MG1329.

In support of this Motion, counsel for the government states that the need for continued secrecy has passed.

Accordingly, it is requested that the Court order that the search



CR

warrant materials in Magistrate Case No. 05MG1329 be unsealed.

Dated: June 12, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

By: [signature]
MITCHELL D. DEMBIN
Assistant U. S. Attorney

**ORDER**

Upon motion of the United States, good cause appearing therefor, **IT IS HEREBY ORDERED** that the search warrant materials in Magistrate Case No. 05MG1329 are unsealed.

Dated: 6/12/2008

[signature]
~~HONORABLE NITA L. STORMES~~
United States Magistrate Judge
**RUBEN B. BROOKS**
**U.S. MAGISTRATE JUDGE**